# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s),

VS.

Adam Coach Dennis

Case No. 26-cv-1136-JMB/LIB
(To be assigned by Clerk of District Court)

RECEIVED BY MAIL
FEB 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Crunch fitness

Defendant(s).

**DEMAND FOR JURY TRIAL**

YES ☐    NO ☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name Adam Coach Dennis

   Street Address 340 2nd Ave S Apt 244

   County, City Stearns, Waite Park

   State & Zip Code MN 56387

   Telephone Number 320-241-5083

SCANNED
FEB 0 6 2026
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name Crunch Fitness

      Street Address 4101 West Division ST

      County, City Stearns, ST. Cloud

      State & Zip Code MN 56301

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question          ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                          State of Citizenship:

Defendant No. 1:                         State of Citizenship:

Defendant No. 2:                         State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

☒ Defendant(s) reside in Minnesota   ☒ Facts alleged below primarily occurred in Minnesota

☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.

On January 24, 2026, I was subjected to severe racial harassment and death threats by a member while performing my duties at Crunch Fitness. I immediately reported this to my supervisor via text and email, requesting urgent intervention and assurance of my safety. Despite my clear communication and repeated requests, Management has failed to respond or take any protective action as of February 4, 2026. This ongoing neglect has created an intolerable hostile work environment and compromised my personal safety, forcing me to cease work. I am seeking substantial damages for emotional distress, lost wages, and punitive relief due to the employer's gross failure to uphold its legal obligations.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Wherefore, Plaintiff respectfully requests that the court:

1. Award Plaintiff compensatory damages in the amount of $70,000 for lost wages, emotional distress, and other losses resulting from Defendant's unlawful conduct;

2. Award punitive damages as permitted by law to punish Defendant and deter similar future misconduct

3. Grant such other and further relief as the court deems just and proper.

Signed this ___    day of _02 - 04 - 2026_

Signature of Plaintiff _Adam Devig_

Mailing Address

340 2nd Ave S Apt 224
Waite Park, mN 56387

Telephone Number - 320-241-5083

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.